**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

AMY KRATZ,

              Petitioner

         v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF CORRECTIONS
(WORKERS' COMPENSATION APPEAL
BOARD),

              Respondents

:  No. 607 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.